IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AMANDA R. OLSEN                                                                    PLAINTIFF

     v.                              Civil No.   14-5304

NURSE RHONDA BRADLEY;
NURSE RHONDA MESCHEDE;
NURSE PEGGY VICKERY; and
SHERIFF TIM HELDER                                                                 DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983.  She proceeds *pro se* and *in forma pauperis* (IFP).

When she filed this case, Plaintiff was incarcerated in the Washington County Detention Center (WCDC).  She was specifically advised that she had an obligation to immediately inform the Court of any changes in her address (Doc. 3).

On November 25, 2014, mail was returned as undeliverable with a notation that Plaintiff was no longer at the WCDC.  The Court obtained Plaintiff's home address from the detention center booking records.  A change of address (Doc. 16) was entered for the Plaintiff.

Defendants have filed a motion to dismiss (Doc. 17) based on the fact that they do not have Plaintiff's current address and have been unable to serve her with discovery requests.  On December 29, 2014, and on January 9, 2015, mail was returned to the Court as undeliverable.

The Court has no other address for the Plaintiff. Plaintiff has not communicated with the Court in anyway. Plaintiff has not filed a document with the Court since she filed her complaint and IFP application.

I therefore recommend that Defendants' motion to dismiss(Doc. 17) be granted and this case be dismissed based on Plaintiff's failure to obey an order of the Court and her failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of March 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)