IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AMANDA R. OLSEN                                                                    PLAINTIFF

V.                                    CASE NO.: 5:14-CV-5304

NURSE RHONDA BRADLEY;
NURSE RHONDA MESCHEDE;
NURSE PEGGY VICKERY; and
SHERIFF TIM HELDER                                                              DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 20) filed in this case on March 6, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 17) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. All other pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED on this 10th day of April, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE